UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

CHAMBERS
HOLLY FITZSIMMONS
U.S. MAGISTRATE JUDGE

2010 JAN 13  A 11: 13

RECEIVED

| | |
|---|---|
| RAMON MORENO-CUEVAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:09cv1237 |
| HUNTINGTON LEARNING CENTER/ KIM ) | |
| CARROLL et al. ) | |
| ) | January 11, 2010. |
| Defendants. ) | |

Honorable Holly Fitzsimmons
Judge U.S. District Court for the District of Connecticut
915 Lafayette Boulevard, Room 266
Bridgeport, CT 06604

Honorable Judge Fitzsimmons:

    In compliance to your Order contained in document No. 66, dated December 15, 2009, Plaintiff states that we responded to outstanding discovery as follows: the request for admission was responded fully, although Plaintiff found that one of the documents sent by Defendants for Plaintiff's admission was presented as filled out by Plaintiff at the time of supposedly receiving Huntington's policy.

    The handwriting with which the document was filled out is not Plaintiff's handwriting and does not have Plaintiff's name in the way Plaintiff filled out the rest of the documents at Huntington Learning Center. The signature in the document seems to have been pasted from some other document where Plaintiff has signed. Plaintiff notified attorneys for the Defendants, and asked for an explanation of this anomaly. After seven days and having crossed several e-mails for the conference schedule, attorneys for the Defendants have not answered.

    As to the interrogatories, Defendants served more than 25 interrogatories without asking for Court's permission or notifying Plaintiff for a stipulation to do so. As this is a violation of the controlling rules, we returned the interrogatories to be properly re-served. We are ready to answer those interrogatories as soon as they are properly served

Ramon Moreno-Cuevas
830 Beach Road
P. O. Box 22
Fairfield, CT 06824-0022