UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON MORENO-CUEVAS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:09-CV-1237 (JCH) |
| | : | |
| v. | : | |
| | : | |
| HUNTINGTON LEARNING CENTER | : | NOVEMBER 16, 2010 |
| and KIMBERLY CARROLL, | : | |
| Defendants. | : | |

**ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. No. 137)**

On October 13, 2010, defendants filed a Motion for an Extension of Time (Doc. No. 133) to conduct additional discovery. The court granted this motion, over plaintiff's objection. See Order, Oct. 26, 2010 (Doc. No. 136). Plaintiff now seeks reconsideration of this court's Order.

There are three grounds that justify granting a motion for reconsideration: (1) an intervening change in controlling law; (2) the availability of newly discovered evidence; and (3) the need to correct clear error or prevent manifest injustice. Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992). That the court overlooked controlling law or material facts may also entitle a party to succeed on a motion to reconsider. See Eisemann v. Greene, 204 F.3d 393, 395 n.2 (2d Cir. 2000) (per curiam).

Plaintiff does not present in his Motion a change in law or overlooked law or facts. Nor does he bring to light clear error on the part of the court. Therefore, plaintiff's Motion for Reconsideration (Doc. No. 137) is denied.

1

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of November, 2010.

                                                /s/ Janet C. Hall
                                                Janet C. Hall
                                                United States District Judge