UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON MORENO-CUEVAS, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:09-CV-01237 (JCH) |
| | : | |
| v. | : | |
| | : | |
| HUNTINGTON LEARNING CENTER, | : | OCTOBER 26, 2011 |
| KIMBERLY CARROLL | : | |
|    Defendant. | : | |
| | : | |

**RULING RE: PLAINTIFF'S MOTIONS FOR RECONSIDERATION (Doc. Nos. 200, 201)**

Plaintiff's Motion for Reconsideration (Doc. No. 201) is denied.[1] This is the third attempt by Moreno-Cuevas to have the court alter its March 17, 2011 Order granting summary judgment in favor of the defendants (Doc. No. 164). See Doc. Nos. 168, 186. As a motion to reconsider, it fails because his Motion does not establish 1) an intervening change in controlling law; 2) the availability of newly discovered evidence; or 3) the need to correct clear error or prevent manifest injustice. Local Rules of Civ. P. 7(c); Virgin Atl. Airways , Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992).

Accordingly, the court denies plaintiff's Amended Motion for Reconsideration (Doc. No. 201), and terminates plaintiff's originally filed Motion for Reconsideration as moot (Doc. No. 200).

---

[1] Moreno-Cuevas first filed a Motion for Reconsideration on September 23, 2011. See Doc. No. 200. On September 26, 2011, Moreno-Cuevas filed an Amended Motion for Reconsideration (Modified for Corrections), which appears to be identical. See Doc. No. 201. Accordingly, Doc. No. 200 is terminated as moot.

1

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 26th day of October, 2011.

                                                /s/ Janet C. Hall
                                                Janet C. Hall
                                                United States District Judge